IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:13-MJ-1073

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | DEBARMENT ORDER |
| | ) | |
| MIKAYLA WARD, | ) | |

Defendant, having pled guilty to Count Two of the criminal information, the court having found Defendant guilty on Count Two, the court having dismissed Count One of the criminal information upon motion of the United States, and the court having not ordered the defendant to a term of probation, it is

**ORDERED** that Defendant shall be debarred indefinitely from Marine Corps Air Station Cherry Point, Cherry Point, North Carolina.

This the 18 day of October 2013.

Robert B. Jones, Jr.
United States Magistrate Judge